**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| ROBERT BUSSARD and DANIEL GIBSON, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRYAN HEALTH,<br><br>Defendant. | Case No. 4:24-cv-03214-SMB-MDN |

**<u>DEFENDANT BRYAN HEALTH'S INDEX OF EVIDENCE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

Defendant Bryan Health moves this Court for an Order dismissing Plaintiffs' Complaint with prejudice. In support of this Motion, Defendant—pursuant to Civil Rule 7.1(a)2—offers the following evidence in addition to the pleadings:

1. A printout of Defendant's Notice of Privacy Policy, available at https://www.bryanhealth.com/privacy, as it appeared since May 10, 2021, through the present.

2. A printout of the English version of the Bryan Health Privacy Practices PDF that is available through Defendant's Notice of Privacy Policy, as it appeared since May 10, 2021, through the present.

The declaration of Bryan Health's Chief Legal Officer, Dan Hiser, is also attached to this Index pursuant to Civil Rule 7.1(a)(2)(C).

Dated: January 24, 2025

Respectfully submitted,

By: */s/ Dustin L Taylor*
Kamron T.M. Hasan (#25494)
HUSCH BLACKWELL LLP
14606 Branch Street
Suite 200
Omaha, NE 68154
Telephone: (402) 964-5176
Facsimile: (402) 964-5050
kamron.hasan@huschblackwell.com

Dustin L. Taylor (#54463 CO) *
HUSCH BLACKWELL LLP
1801 Wewatta Street, Suite 1000
Denver, CO 80202
Telephone: (303) 749-7200
Facsimile: (303) 749-7272
Dustin.Taylor@huschblackwell.com

* *Pro Hac Vice*

***Attorneys for Defendant Bryan Health.***

## CERTIFICATE OF SERVICE

I hereby certify that today, this 24th day of January 2025, I caused the foregoing document to be filed electronically with the Clerk of Court and therefore served upon all counsel of record.

*/s/ Dustin L. Taylor*